In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00095-CR

                                                ______________________________

 

 

                                   RONALD ALLEN BOAZ,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 102nd
Judicial District Court

                                                          Red
River County, Texas

                                                          Trial Court
No. CR00052

 

                                                    
                                              

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Ronald
Allen Boaz was convicted in July 2003 of sexual assault.

 

            On April 8,
2010, Boaz filed with the trial court a request for a free copy of “trial
transcripts and police records.”  The
trial court denied that request April 27, 2010, and Boaz now attempts to appeal
the denial of his request.

            This Court
has jurisdiction over criminal appeals only when expressly granted by law.  Everett
v. State, 91 S.W.3d 386 (Tex. App.—Waco 2002, no pet.).  No statute vests this Court with jurisdiction
over an appeal from an order denying a request for a free copy of the trial
record when such a request is not presented in conjunction with a timely filed
direct appeal.  Id.; see Self v. State,
122 S.W.3d 294, 294–95 (Tex. App.—Eastland 2003, no pet.).

            We
dismiss this appeal for want of jurisdiction.

 

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          June
9, 2010

Date Decided:             June
10, 2010

 

Do Not Publish